IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD NOTTMEYER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. **04-901-MJR** |
| **PRECISION ALLIANCE GROUP, LLC, PRECISION SOYA OF ILLINOIS, LLC, and PRECISION SOYA OF SOUTHERN ILLINOIS, LLC,** | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is Plaintiff's Request for Order Compelling Compliance with Subpoena Duces Tecum. **(Doc. 19).** No response has been filed.

This is an action under the Americans with Disabilities Act and ERISA. Plaintiff seeks documents from the administrator of his former employer's health plan. That entity, Pekin Insurance, is located in the Central District of Illinois, and the subpoena directed to Pekin was issued by that Court.

The motion represents that Pekin has no objection to this Court ruling on the motion. Notwithstanding that representation, a motion to compel compliance with a subpoena issued by the Central District should be addressed to that Court. **See, Fed.R.Civ. P. 37(a)(1) and 45.**

Plaintiff's Request for Order Compelling Compliance with Subpoena Duces Tecum **(Doc. 19)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: January 12, 2006.**     s/ Clifford J. Proud
                              **CLIFFORD J. PROUD**
                              **UNITED STATES MAGISTRATE JUDGE**